UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

WENDY A. HARTWIG, )
)
        Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 7:15-CV-242-FL
)
NANCY A. BERRYHILL, )
Acting Commissioner of Social Security, )
)
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation entered by the United States Magistrate Judge, to which plaintiff timely filed objections.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 24, 2017, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is denied, defendant's motion for judgment on the pleadings is granted, and defendant's final decision is affirmed.

**This Judgment Filed and Entered on March 27, 2017, and Copies To:**

Laurie Lynn Janus (via CM/ECF Notice of Electronic Filing)
Peter A. Heinlein (via CM/ECF Notice of Electronic Filing)


March 27, 2017                                      PETER A. MOORE, JR., CLERK
                                                               /s/ Susan Tripp
                                                               (By) Susan Tripp, Deputy Clerk